IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO





FRANCISCO RAMOS, ET AL.

    VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 9/24/99   DOCKET #: 50   TITLE: MOTION REQUESTING TIME EXTENSION TO ANSWER VVC'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

[X] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted until Oct 25/99*

9/29/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(51)