UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCISCO RAMOS; MARINA RESTO, individually and the legal conjugal partnership formed by them; FRANCISCO CORTEZ, ADA MORENO, individually and the legal conjugal partnership formed by them; EFRAIN GONZALEZ, MIGDALIA BERDECIA, individually and the legal conjugal partnership formed by them; JOSE COLON, MIRTA RIVERA, individually and the legal conjugal partnership formed by them; MYRNA FONT; VENANCIO RODRIGUEZ, MARIA RODRIGUEZ, individually and the legal conjugal partnership formed by them; and ANGEL MUÑOZ, ALMA PEREZ, individually and the legal conjugal partnership formed by them, <br><br> Plaintiffs, <br><br> v. <br><br> VOLVO CAR CORPORATION; TREBOL MOTORS CORPORATION; TREBOL MOTORS DISTRIBUTOR CORP.; CONCHITA NAVARRO DE GONZALEZ, and RICARDO GONZALEZ NAVARRO, <br><br> Defendants. | Civil No. 96-1922 (JAF) |

## O R D E R

The court addresses the following pending motions:

1. Regarding <u>Docket Document No. 45</u>, "Motion to Transfer," Judge Pieras has made this judge aware of the fact that in Civil No. 97-1795 (JP), <u>Luis Bonilla, et al. v. Trebol Motors, et al.</u>, and in the

Civil No. 96-1922 (JAF)                                                            2-

present case, Civil No. 96-1922 (JAF), <u>Francisco Ramos, et al. v. Volvo Car Corporation, et al.</u>, plaintiffs and all defendants, excluding Volvo Car Corporation, have entered into an agreement that requires a conditional class certification and the preliminary approval of a proposed class action settlement.

The undersigned has agreed with Judge Pieras that for the purposes of implementing such agreement, the causes of action instituted by plaintiffs in both actions against all defendants, excepting Volvo Car Corporation, are deemed transferred to Judge Pieras. All surviving issues between plaintiffs and Volvo Car Corporation will be handled by the undersigned as it pertains to Civil No. 96-1922 (JAF).

In that limited sense, the motion to transfer is granted. <u>See Docket Document No. 48</u>, "Informative Motion." This also disposes of <u>Docket Document No. 49</u>.

2. The Clerk of Court will make certain that the information provided by counsel for Volvo Car Corporation in <u>Docket Document No. 46</u> has been duly noted. OK *[initials]*

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 29th day of September, 1999.

*[signature]*
JOSE ANTONIO FUSTE
U. S. District Judge

*cc: Rubén Nigaglioni*
*Jeanne Habib*
*Verónica Ferraiuoli*
*J. McConnell*