# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



FRANCISCO RAMOS, ET AL

   VS.

                                    Civil NO. 96-1922(JAF)

VOLVO CAR CORPORATION


# ORDER


By Order of the Court, the **Pretrial Conference** set for March 1,

2000, at 12:00 noon, **is now continued SINE DIE.**

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 24th day of February, 2000.


By: _____
    Rebecca Agostini-Viana
         Deputy Clerk

13