# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



FRANCISCO RAMOS, ET AL.

VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 12/09/99   DOCKET #: 70   TITLE: MOTION by Volvo Car Corp. |for Leave to File REPLY to plffs' opp to mot to dismiss 3rd Amended Complaint| w/REPLY tendered

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

✓ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

3/27/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE