IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



FRANCISCO RAMOS, ET AL.

    VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922 (JAF)

---

### DESCRIPTION OF MOTION

| DATE FILED: 12/13/99 | DOCKET #: 71 | TITLE: MOTION by Volvo Car Corp. \|for Protective Order\| and opposition to plffs' request for order regarding VCC Corporate depositions |
|---|---|---|
| [ ] Plaintiff(s) <br> [x] Defendant(s) | | |

### O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:

_____

3/27/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE