# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

 

FRANCISCO RAMOS, ET AL.

    VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922(JAF)

---

## DESCRIPTION OF MOTION

---

**DATE FILED:** 01/31/00   **DOCKET #:** 98   **TITLE:** Informative Motion by All Plaintiffs   re: change of postal address.

[x] Plaintiff(s)
[] Defendant(s)

---

## O-R-D-E-R

---

___ GRANTED.

___ DENIED.

___ MOOT.

X NOTED.

---

OTHER:   **NEW POSTAL ADDRESS:**

          **QUETGLAS' LAW OFFICES**

          **P.O. BOX 16606**

          **SAN JUAN, PR 00908-6606**

---

3/27/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

118