IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO





FRANCISCO RAMOS, ET AL.

VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922(JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 03/06/00    DOCKET #: 112    TITLE: MOTION by Volvo Car Corp. |for Leave to File REPLY to motion for summary judgment|

[ ] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** Granted until 3/30

_3/27 2000_
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

119