# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



FRANCISCO RAMOS, ET AL.

VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922(JAF)

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 03/14/00 | DOCKET #: 113 | TITLE: MOTION by All Plaintiffs for Leave to File Portion of PTO under SEAL\| w/Exhibit "C" (PTO) under seal |
| [x] Plaintiff(s) [ ] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: The separate pretrial submissions made by the parties, # 111 & 113 are stricken from the record. The Clerk will return these documents to the parties who are ordered to meet and file a proposed pretrial order jointly before 4/12/00 or face sanctions

3/27/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

Dkts 111 & 113 sent to attys

13