# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



FRANCISCO RAMOS, ET AL.

VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922 (JAF)

## DESCRIPTION OF MOTION

**DATE FILED:** 02/11/00   **DOCKET #:** 102   **TITLE:** MOTION by Volvo Car Corp. for Leave to File REPLY to plffs' opp to Volvo's requet for order barring plffs' use of documentary evidence, etc

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

X MOOT.

✓ NOTED.

**OTHER:**

DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE