# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



FRANCISCO RAMOS, ET AL.

VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 12/30/99   DOCKET #: 82   TITLE: MOTION by Volvo Car Corp. to Quash plff's informative motion dated 12/17/99

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

__ GRANTED.

X DENIED.

__ MOOT.

__ NOTED.

OTHER:

_____
5/8/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE