ENTERED ON DOCKET
5/10/00 PURSUANT
TO PRCP RULES 58 & 79a

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

RECEIVED & FILED
00 MAY 10 AM 11:19
U.S. DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| FRANCISCO RAMOS, ET AL | * | |
| PLAINTIFF, | * | |
| VS. | * | CIVIL NO. 96-1922 (JAF) |
| VOLVO CAR CORPORATION, ET AL | * | |
| | * | |
| DEFENDANTS | | |

----------------------------------------------X

# JUDGMENT

Pursuant to Opinion & Order entered today by the Court, granting defendant Volvo Car Corporation's Motion for Summary Judgment (Docket Document No. 125), **case is dismissed against defendant Volvo Car Corporation.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10$^h$ day of May, 2000.

**FRANCES RIOS DE MORAN
CLERK OF THE COURT**

BY: _____
SULMA LOPEZ-DEFILLO DEPUTY CLERK

(126)

13