UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCISCO RAMOS; MARINA RESTO, individually and the legal conjugal partnership formed by them; FRANCISCO CORTEZ, ADA MORENO, individually and the legal conjugal partnership formed by them; EFRAIN GONZALEZ, MIGDALIA BERDECIA, individually and the legal conjugal partnership formed by them; JOSE COLON, MIRTA RIVERA, individually and the legal conjugal partnership formed by them; MYRNA FONT; VENANCIO RODRIGUEZ, MARIA RODRIGUEZ, individually and the legal conjugal partnership formed by them; and ANGEL MUÑOZ, ALMA PEREZ, individually and the legal conjugal partnership formed by them,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CAR CORPORATION; TREBOL MOTORS CORPORATION; TREBOL MOTORS DISTRIBUTOR CORP.; CONCHITA NAVARRO DE GONZALEZ, and RICARDO GONZALEZ NAVARRO,<br><br>Defendants. | Civil No. 96-1922 (JAF) |

**O R D E R**

Plaintiff's motion for partial summary judgment, <u>Docket Document No. 96</u>, is **moot** given our Opinion and Order issued on May 8, 2000. Accordingly, the case is closed as to Defendant Volvo Car Corporation, and all other Plaintiffs and Defendants have been

Civil No. 96-1922 (JAF)	2-

consolidated with civil case number 92-1795 before Judge Pieras. <u>See Docket Document No. 52</u>.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 16th day of May, 2000.

*[signature]*
JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)