IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FRANCISCO RAMOS, et al.,** | CIVIL NO.: 96-1922(JAF) |
| Plaintiffs, | RE:   CIVIL RICO; <br> CLASS ACTION |
| v. | PLAINTIFFS DEMAND <br> TRIAL BY JURY |
| **VOLVO CAR CORPORATION, et al.** | |
| Defendants. | |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

NOTICE IS HEREBY given that Plaintiffs, Francisco Ramos et al., hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Opinion and Order dated May 8, 2000 granting Volvo Car Corporation's ("VCC") motion for summary judgment. Plaintiffs' appeal includes all other rulings, orders and decisions which dismiss with prejudice any of Plaintiffs' claims against VCC.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 7th day of June, 2000.

I HEREBY CERTIFY: that on this same date a true copy of this notice has been sent via U.S. mail postage prepaid to: Ruben Nigaglioni, Esq., P.O. Box 364225, San Juan, P.R., 00936-4225; Michael Rovell, Law Offices of Michael J. Rovell, 20 N. Clark Street, Suite 2450, Chicago, IL 60602; and Charles A. Cuprill-Hernandez, Law Offices of Charles A. Cuprill-Hernandez, Suite 201 - Torre de Oro Cond., 5 Las Americas Ave., Ponce, PR 00731.

_____
José F. Quetglas Jordán (U.S.D.C.P.R. #203411)
**QUETGLAS LAW OFFICES**
Post Office Box 16606
San Juan, PR 00908-6606
Telephone: (787) 722-7745

Allan Kanner
Conlee Schell Whiteley
**ALLAN KANNER & ASSOCIATES, P.C.**
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777

Paul H. Hulsey (U.S.D.C.P.R. #214112)
Cherie K. Durand (U.S.D.C.P.R. #211210)
Theodore H. Huge
**NESS, MOTLEY, LOADHOLT,**
  **RICHARDSON & POOLE, P.A.**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000

**ATTORNEYS FOR PLAINTIFFS**