IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



FRANCISCO RAMOS, ET AL.

VS.

VOLVO CAR CORPORATION, ET AL.

CIVIL NO. 96-1922(JAF)

## DESCRIPTION OF MOTION

DATE FILED: 06/21/00   DOCKET #: 135   TITLE: MOTION by Volvo Car Corp. to Extend Time until 6/26/00 to reply to plffs' opp to deft Volvo's bill of costs

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

X GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _The tendered reply shall be filed._

9/19/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE