RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2000 OCT 8  PM 12: 34

CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR.

| | |
|---|---|
| **FRANCISCO RAMOS, et al.,** | CIVIL NO.: 96-1922(JAF) |
| **Plaintiffs,** | RE: CIVIL RICO; CLASS ACTION |
| v. | PLAINTIFFS DEMAND TRIAL BY JURY |
| **VOLVO CAR CORPORATION, et al.** | |
| **Defendants.** | |

## AMENDED NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

NOTICE IS HEREBY given that, pursuant to Fed. R. App. P. 4(a)(4)(B)(ii), Plaintiffs, Francisco Ramos et al., hereby amend plaintiffs' notice of appeal (dkt. no. 133) to the United States Court of Appeals for the First Circuit of this Court's Opinion and Order (dkt. dated May 8, 2000 granting Volvo Car Corporation's ("VCC") motion for summary judgment to include notice of appeal of this Court's Opinion and Order (dkt. no. 138) dated September 8, 2000 denying plaintiffs' motion for reconsideration and motion to supplement. Plaintiffs' appeal includes all other rulings, orders and decisions which dismiss with prejudice any of Plaintiffs' claims against VCC.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 6th day of October, 2000.

I HEREBY CERTIFY: that on this same date a true copy of this notice has been sent via U.S. mail postage prepaid to: Ruben Nigaglioni, Esq., P.O. Box 364225, San Juan, P.R., 00936-4225; Michael Rovell, Law Offices of Michael J. Rovell, 20 N. Clark Street, Suite 2450, Chicago, IL 60602; and Charles A. Cuprill-Hernandez, Law Offices of Charles A. Cuprill-Hernandez, Suite 201 - Torre de Oro Cond., 5 Las Americas Ave., Ponce, PR 00731.

José F. Quetglas Jordán (U.S.D.C.P.R. #203411)
**QUETGLAS LAW OFFICES**
P.O. Box 16606
San Juan, Puerto Rico 00908-6606
Telephone: (787) 722-7745

Allan Kanner
Conlee Schell Whiteley
**ALLAN KANNER & ASSOCIATES, P.C.**
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777

Paul H. Hulsey (U.S.D.C.P.R. #214112)
Cherie K. Durand (U.S.D.C.P.R. #211210)
Theodore H. Huge
**NESS, MOTLEY, LOADHOLT,**
 **RICHARDSON & POOLE, P.A.**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000

**ATTORNEYS FOR PLAINTIFFS**